UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:14-cr-21-FtM-38MRM

MARKEITH RESHAY BROWN

### ORDER[1]

This matter comes before the Court on *sua sponte* review of the file. Because of Amendment 782 to the United States Sentencing Guidelines, Defendant Markeith Reshay Brown has moved to reduce his sentence. (Doc. #54). To date, however, the Court has not been advised on his eligibility for Amendment 782 relief in accordance with *Omnibus Order In Re: Amendment 782, United States Sentencing Guidelines*, No. 14-mc-78-Orl-22 (M.D. Fla. Nov. 4, 2014).

Accordingly, it is now **ORDERED:**

Counsel for Defendant Markeith Reshay Brown shall advise, in writing, on or before **January 11, 2017**, as to the status of Defendant's eligibility for Amendment 782 relief.

**DONE AND ORDERED** at Fort Myers, Florida, this January 4, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.