UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO.: 2:14-cr-21-SPC-NPM

MARKEITH RESHAY BROWN

## **ORDER**

Before the Court is Defendant Markeith Reshay Brown's Motion for Early Termination of Supervised Release. (Doc. 95). The United States Attorney's Office and the Probation Office do not oppose the requested relief. (Doc. 100 at 1). For the reasons below, the Court grants the motion.

In March 2014, Defendant was indicted for possession with intent to distribute cocaine. (Doc. 1). Defendant pled guilty. (Docs. 22, 26). The Court sentenced Defendant to 120 months' imprisonment, followed by four years of supervised release. (Doc. 52). Defendant was released from prison in June 2022. Now, Defendant requests the Court terminate his supervision.

After considering the factors in 18 U.S.C. § 3553(a), a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice[.]" 18 U.S.C. § 3583(e)(1). A court has the

discretion to end a term of supervised release early. *See United States v. Cordero*, 7 F.4th 1058, 1069 (11th Cir. 2021).

After considering the above principles against Defendant's motion and the record, the Court grants his unopposed requested relief. Defendant served his sentence and has complied with the terms and conditions imposed by the Court. He has served approximately 34 months of his term of supervised release. United States Probation Officer Amanda Goble states that Defendant "continues to do well on supervision." (Doc. 100 at 9). Defendant's employer provided a letter supporting his request and describing Defendant as "consistently demonstrat[ing] dependability, integrity, and a respectful attitude toward colleagues and responsibilities." (Doc. 95-1). Neither the Government nor the Probation Office object to terminating the Defendant's supervision early. (Doc. 100 at 1). The Court is thus satisfied that the interest of justice warrants terminating Brown's supervised release.

Accordingly, it is now

**ORDERED:**

Defendant Markeith Reshay Brown's Motion for Early Termination of Supervised Release (Doc. 95) is **GRANTED**. Brown's supervised release shall terminate on May 30, 2025.

**DONE AND ORDERED** in Fort Myers, Florida on May 9, 2025.

                                                        SHERI POLSTER CHAPPELL
                                                        UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record